2011–0395.   State ex rel. Thompson v. Ohio Adult Parole Auth.
Franklin App. No. 10AP–24, 2011-Ohio-429. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. The records of this court indicate that appellant has not

filed a merit brief, due May 26, 2011, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.